UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN LEE DAVIS,<br><br>           Plaintiff,<br>     vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>           Defendant. | Case No. CV 10-4430-R (RNB)<br><br>ORDER TO SHOW CAUSE |

In its July 26, 2010 Superseding Case Management Order, the Court ordered plaintiff to serve and file his motion for judgment on the pleadings within 35 days of the service of the Answer.

According to the Commissioner's proof of service, the Answer was served by mail on plaintiff on December 10, 2010. By the Court's calculation, computed in accordance with Fed. R. Civ. P. 6, the deadline for plaintiff to serve and file his motion for judgment on the pleadings was January 17, 2011. That deadline now has elapsed, and plaintiff still has not filed his motion for judgment on the pleadings.

Accordingly, on or before **February 18, 2011**, plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why plaintiff did not timely file his motion for judgment on the pleadings, and why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with the Court's

1 prior Order; or (b) serve and file his motion for judgment on the pleadings in
2 accordance with the format specified in the July 26, 2010 Superseding Case
3 Management Order.
4     Plaintiff is forewarned that, if he fails to do either, the Court will deem such
5 failure a further violation of a Court order justifying dismissal and also deem such
6 failure as further evidence of a lack of prosecution on plaintiff's part.

8 DATED: January 20, 2011

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE