I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3·25·11

DEPUTY CLERK

JS-6 / ENTERED

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 25 2011

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN DAVIS,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No. CV 10-4430-R (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to comply with a court order and for failure to prosecute.

DATED: March 24, 2011

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 25 2011

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE